ARMSTEAD, WARREN 10-13295

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

102
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
ARMSTEAD, WARREN, JR. (10-13295 B)
92003707990066
Unclaimed funds

TID # 380220

Date 09/20/2011

$ *******1,004.00

~~~One Thousand Four Dollars and 00/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑃24931⑉920037079900066‖

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229102    - KW
* * C O P Y * *
September 21, 2011
15:26:04

TREASURY REGFUND
10-13295

Debtor.: WARREN ARMSTEAD
Trustee: Aaron Caillouet
Amount.:         $1,004.00 CH
Check#.: 102

9/21/11
DEPOSITED TO 604TBK
DUE: WARREN ARMSTEAD

CAVogel
bk #16

Total-> $1,004.00

FROM: CAILLOUET

# AARON CAILLOUET
## BANKRUPTCY TRUSTEE

401 MENARD STREET
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284
EMAIL: aarontr@charter.net

September 20, 2011

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

        RE: Unclaimed Funds
        U.S.B.C. No. 10-13295 Warren Armstead

Enclosed please find check #102 in the amount of $1,004 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to return funds to:

    Warren Armstead
    3604 Loyola Drive, #192
    Kenner, LA 70062

Sincerely,

Aaron Caillouet, Trustee

AC/sfc

## Aaron Caillouet

**From:** Aaron Caillouet [aarontr@charter.net]
**Sent:** Wednesday, September 07, 2011 9:41 AM
**To:** Robert L. Marrero (marrero1035@bellsouth.net)
**Subject:** FW: Case: 10-13295 (ARMSTEAD, WARREN, JR.)

Bob, can you please verify the correct address for your client, referenced above? I am trying to return funds to Mr. Armstead as there were no claims filed in the case. If not, I will send the funds to the Bankruptcy Court.
Thanks,
Aaron

Aaron Caillouet, Trustee
401 Menard Street
Thibodaux, LA  70301
985-446-1284
aarontr@charter.net


-----Original Message-----
From: Aaron Caillouet [mailto:aarontr@charter.net]
Sent: Monday, August 22, 2011 11:57 AM
To: 'marrero1035@bellsouth.net'
Subject: Case: 10-13295 (ARMSTEAD, WARREN, JR.)

Mr. Marrero:

Due to the fact that there were no claims filed in this case, on 7/26/2011 I mailed check #101 in the amount of $1,004.00 to Mr. Armstead at the following address:

Warren Armstead, Jr.
3604 Loyola Drive, #192
Kenner, LA  70065

As of today, the check has not been cashed. Could you please let me know if this is Mr. Armstead's current address and if Mr. Armstead received the check?


Thank you,

Aaron Caillouet, Trustee
401 Menard Street
Thibodaux, LA  70301
985-446-1284
aarontr@charter.net

1